UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | Case No. 1:11-CR-98 |
| v. ) | |
| ) | Chief Judge Curtis L. Collier |
| ) | |
| KELLIE ANN FORGEY ) | |

## ORDER

On November 3, 2011, Defendant filed a motion for a psychiatric and/or psychological examination (Court File No. 13). United States Magistrate Judge William B. Mitchell Carter granted Defendant's motion and ordered a mental health evaluation (Court File No. 15). The findings of the sealed forensic report show Defendant is not currently suffering from a mental disease or defect rendering her mentally incompetent to the extent she is unable to understand the nature and consequences of the proceedings filed against her or to properly assist in her defense, and she is competent to stand trial. Defendant has waived her right to a competency hearing (Court File No. 18).

Based upon this information, Magistrate Judge Carter has submitted a Report and Recommendation ("R&R"), recommending this Court find Defendant competent to stand trial (Court File No. 21). Neither party filed an objection. Therefore, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Carter's R&R (Court File No. 21), pursuant to 28 U.S.C. § 636(b)(1), and **DETERMINES** Defendant is competent to stand trial.

**SO ORDERED.**

**ENTER:**

**/s/**  _____

**CURTIS L. COLLIER
CHIEF UNITED STATES DISTRICT JUDGE**